UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESTRADA,<br><br>    Plaintiff,<br><br>    v.<br><br>MCLAUGHLIN SUPERMARKET, INC.,<br><br>    Defendant. | Case No. 22-cv-01451-RS<br><br>**STANDBY ORDER OF DISMISSAL** |

The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **August 11, 2022.**  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **August 18, 2022, at 1:30 p.m.** by Zoom Webinar and show cause why the case should not be dismissed.  Failure to comply with this Order may result in dismissal of the case.

**IT IS SO ORDERED.**

Dated:  June 13, 2022

_____
Richard Seeborg
Chief United States District Judge